■ JENNIFER MIZRAHI, Respondent, v NEIL R. FLAUM et al., Appellants. [893 NYS2d 151]—

When the Bankruptcy Trustee, Kenneth P. Silverman, abandoned the instant legal malpractice claim at the conclusion of the bankruptcy proceedings, the claim immediately revested with the debtor, Jennifer Mizrahi (*see* 11 USC § 554; *Guiffrida v Storico Dev., LLC*, 60 AD3d 1286 [2009]; *Culver v Parsons*, 7 AD3d 931 [2004]). Thus, the Supreme Court providently exercised its discretion in granting that branch of Silverman's motion which was to substitute Mizrahi as the plaintiff in his place (*see* CPLR 1003; *JCD Farms v Juul-Nielsen*, 300 AD2d 446 [2002]; *see also Silverman v Flaum*, 42 AD3d 447 [2007]). Furthermore, under the circumstances of this case, the Supreme Court providently exercised its discretion in granting that branch of Silverman's motion which was to compel the defendants to accept service of a supplemental bill of particulars fixing the alleged amount of damages (*see* CPLR 3043; *Shahid v New York City Health & Hosps. Corp.*, 47 AD3d 798 [2008]; *Fortunato v Personal Woman's Care, P.C.*, 31 AD3d 370 [2006]; *Zenteno v Geils*, 17 AD3d 457 [2005]).

The defendants' remaining contentions are without merit. Dillon, J.P., Miller, Eng, Hall and Sgroi, JJ., concur.